UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:19-cr-00101-TWP-MJD |
| DANIEL RAY REYNOLDS, | ) ) | | - 02 |
| Defendant. | ) ) | | |

## REPORT AND RECOMMENDATION

On December 2, 2024, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on November 25, 2024. Defendant Reynolds appeared in person with his appointed counsel Joseph Cleary. The Government appeared by Assistant United States Attorney Meredith Wood. U.S. Parole and Probation appeared by USPO Travis Buehrer.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Reynolds of his rights and ensured that he had a copy of the Petition. Defendant Reynolds waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Reynolds admitted violation numbers 2 through 4. [Dkt. 144.] Government orally moved to withdraw the remaining violation (violation 1), which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the Petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid** |

          **prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."**

          On September 18, 2024, Mr. Reynolds submitted a urine sample that tested positive for amphetamines and marijuana. On September 9, 25, October 3, and 21, 2024, he submitted a urine samples that tested positive for marijuana.

3        **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."**

          Mr. Reynolds married Kerica Reynolds, nee Flemings, on November 8, 2024, and began the process of relocating to her home at 8828 Bison Club Drive, Apartment L, Indianapolis, IN 46227. He failed to report this address to the probation officer within the 72 hour window.

4        **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program. The probation officer shall supervise your participation in the program (provider, location, modality, duration, intensity, etc.). The court authorizes the release of the presentence report and available evaluations to the treatment provider, as approved by the probation officer."**

          Mr. Reynolds has failed to respond to the efforts of Cornerstone Support Services, LLC., to schedule treatment sessions.

4. The Parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 24 months of imprisonment.

5. The Parties jointly recommended a sentence of 16 months of incarceration with 18 months of supervised release to follow. Defendant requested a placement recommendation in or near Terre Haute, Indiana.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the Petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 16 months of incarceration with 18 months of supervised release to follow. The Magistrate Judge makes a recommendation of placement at or near Terre Haute, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

7. The Parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 12/3/2024

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system