UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Cause No. | 1:19-cr-00101-TWP-MJD |
| | ) | | |
| DANIEL RAY REYNOLDS, | ) | | - 02 |
| | ) | | |
| Defendant. | ) | | |

## **REPORT AND RECOMMENDATION**

On May 6, 2026, the Parties appeared for hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on February 11, 2026.  Defendant appeared in person and by Federal Community Defender counsel Dominic Martin.  Government represented by Assistant United States Attorney Meredith Wood.  U.S. Probation Office represented by Officer Brent Witter.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1.     The Court advised Defendant Reynolds of his rights and ensured he had a copy of the Petition dated February 11, 2026.

2.     The Parties asked to proceed with disposition.  After being placed under oath, Defendant Reynolds admitted violation number 2.  Government orally moved to withdraw the remaining violation number 1, which motion was granted by the Court such that violation number 1 was dismissed.

3.     The allegations to which Defendant Reynolds admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **"You shall report to the probation office in the Federal judicial district to which you are released within 72 hours of release from the custody of the Bureau of Prisons."** |
|  | Mr. Reynolds was released from the Bureau of Prisons on February 6, 2026, and he failed to report for his intake appointment on February 10, 2026. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade C violation.

   (b) Defendant's criminal history category is V.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 7 to 13 months of imprisonment.

5. Defendant was given an opportunity to make a statement on the record, and he chose to do so.

6. Counsel for each of the Parties argued for the proper disposition that counsel thought the Court should impose. Counsel jointly recommended a sentence of 12 months imprisonment with no federal supervised release to follow. Defendant requested placement at the Federal Prison Camp in Terre Haute, Indiana, as well as mental health treatment services and substance abuse treatment services.

7. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) to the extent deemed appropriate by 18 U.S.C. § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions as admitted in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or designee for a period of 12 months in custody with no federal supervised release to follow. The Magistrate Judge makes a recommendation for placement at the Federal Prison Camp in Terre Haute, Indiana, as well as mental health treatment services and substance abuse treatment services.

8.      Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.  The Parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.


Date: 5/11/2026

*Kellie M. Barr*

Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system