UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:19-cr-00101-TWP-MJD |
| | ) | |
| DANIEL RAY REYNOLDS, | ) -02 | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On May 11, 2026, the Magistrate Judge submitted her Report and Recommendation regarding the United States Probation Office's Petition for Warrant or Summons for Offender Under Supervision (Filing No. 173). The parties waived the fourteen-day period to object to the Report and Recommendation. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

Date: 5/18/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org

Colin Clark
DOJ-USAO
Colin.Clark@usdoj.gov

Joseph Martin Cleary
INDIANA FEDERAL COMMUNITY DEFENDERS

joe_cleary@fd.org

Lawrence Darnell Hilton
Fisher & Phillips
lhilton@fisherphillips.com

Dominic David Martin
INDIANA FEDERAL COMMUNITY DEFENDERS
dominic_d_martin@fd.org

Meredith Wood
DOJ-USAO
meredith.wood@usdoj.gov

Electronic notice to USPO
Electronic notice to USM-C